# United States District Court

DISTRICT OF
RHODE ISLAND

KATHLEEN PARKER

V.

DANIEL HALPERN-RUDER, M.D. and
URGENT MEDICAL CENTER OF SMITHFIELD, INC.;
URGENT MEDICAL CENTER OF CUMBERLAND, INC.
and WARWICK URGENT CARE PARTNERS, INC.
d/b/a STAT CARE - WARWICK MEDICAL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 401

TO: (Name and address of defendant)

URGENT MEDICAL CENTER OF SMITHFIELD, INC.
ONE PARK ROW, SUITE 300
PROVIDENCE, RI 02903
ATTENTION: ROBERT B. BERKELHAMMER, ESQ.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO, III, ESQ.
THE LAW FIRM OF THOMAS A. TARRO, III
300 CENTERVILLE ROAD
THE SUMMIT EAST - SUITE 330
WARWICK, RI 02886

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/26/07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE Oct-30, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

P.O. Box 114026 North Providence, RI 02911

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*: Urgent Medical center of Smithfield Inc. c/o Robert Berkelhammer Esq. 1 Park Row Providence R.I. X Don Winslow

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Oct. 30, 2007
*Date*

[signature]
*Signature of Server*
Thomas Noury

P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure