# United States District Court

DISTRICT OF
RHODE ISLAND

KATHLEEN PARKER

V.

DANIEL HALPERN-RUDER, M.D. and
URGENT MEDICAL CENTER OF SMITHFIELD, INC.;
URGENT MEDICAL CENTER OF CUMBERLAND, INC.
and WARWICK URGENT CARE PARTNERS, INC.
d/b/a STAT CARE - WARWICK MEDICAL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 401

TO: (Name and address of defendant)

WARWICK URGENT CARE PARTNERS, INC.
ATTENTION: ROBERT B. BERKELHAMMER, ESQ.
ONE PARK ROW, SUITE 300
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO, III, ESQ.
THE LAW FIRM OF THOMAS A. TARRO, III
300 CENTERVILLE ROAD
THE SUMMIT EAST - SUITE 330
WARWICK, RI 02886

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/26/07

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE Oct. 30, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Warwick Urgent Care Partners Inc c/o Robert Berkelhammer Esq. 1 Park Row Providence R.I. X Don Winderly

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/30/07
*Date*

[signature]
*Signature of Server*

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.