# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

KATHLEEN PARKER

-V- C.A. No. 07-401S

DANIEL HALPREN-RUDER, M.D., and URGENT MEDICAL CENTER OF SMITHFIELD, INC., URGENT MEDICAL CENTER OF CUMBERLAND, INC., and WARWICK URGENT CARE PARTNERS, INC., d/b/a STAT CARE-WARWICK MEDICAL

## DEFENDANTS' MOTION TO DISMISS

Now come defendants in the above-entitled matter and move, pursuant to Rule 12(b)(6) of the Rules of Civil Procedure that plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted. Defendants file herewith a memorandum of law in support of their motion on the grounds set forth therein.

WHEREFORE, defendants pray that their motion be granted and plaintiff's complaint be dismissed.

DANIEL HALPREN-RUDER, M.D., and URGENT MEDICAL CENTER OF SMITHFIELD, INC., URGENT MEDICAL CENTER OF CUMBERLAND, INC., and WARWICK URGENT CARE PARTNERS, INC., d/b/a STAT CARE-WARWICK MEDICAL

By their attorneys,

/S/ Robert D. Fine

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

CERTIFICATION

I hereby certify that on the 16th day of November, 2007, I forwarded a copy of the within motion by United States mail, postage prepaid, to:

Thomas A. Tarro III, Esq.
The Law Firm of Thomas A. Tarro III
The Summit East – Suite 330
Centerville Road
Warwick, RI 02886

/S/ Robert D. Fine

_______________________________________