UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN PARKER | : | |
| | : | |
| v. | : | C.A. NO. 07-401S |
| | : | |
| DANIEL HALPERN-RUDER, M.D. and | : | |
| URGENT MEDICAL CENTER OF | : | |
| SMITHFIELD, INC.; URGENT MEDICAL | : | |
| CENTER OF CUMBERLAND, INC. and | : | |
| STAT CARE-WARWICK MEDICAL | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Kathleen Parker, hereby objects to the motion to dismiss filed by Defendants, Daniel Halpern-Ruder, M.D., Urgent Medical Center of Smithfield, Inc., Urgent Medical Center of Cumberland, Inc. and Stat Care-Warwick Medical on the grounds that Plaintiff's Complaint states valid claims under federal and state law.

In further support of her Objection, Plaintiff relies on the accompanying memorandum of law.

Plaintiff,
Kathleen Parker

By her Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro III, Esq. #2046
THE LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732- 3362 (facsimile)

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *PLAINTIFFS' OBJECTION TO DEFENDANTS MOTION TO DISMISS* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 3rd day of December 2007:

Robert D. Fine, Esq.
Chace, Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

__/s/ Thomas A. Tarro, III_________