UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN PARKER | : | |
| | : | |
| v. | : | C.A. NO. 07-401S |
| | : | |
| DANIEL HALPERN-RUDER, M.D. and URGENT MEDICAL CENTER OF SMITHFIELD, INC.; URGENT MEDICAL CENTER OF CUMBERLAND, INC. and STAT CARE-WARWICK MEDICAL | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Christine M. Curley, hereby enter my appearance on behalf of Plaintiff Kathleen Parker, in the above-captioned action , as counsel to The Law Firm of Thomas A. Tarro III.

Plaintiff.
By her Attorney,

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *NOTICE OF ENRTY OF APPEARANCE* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 10th day of January 2008:

Robert D. Fine, Esq.
Chace, Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

___________________________________