UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN PARKER | : | |
| | : | |
| v. | : | C.A. NO. 07-401S |
| | : | |
| DANIEL HALPERN-RUDER, M.D. and | : | |
| URGENT MEDICAL CENTER OF | : | |
| SMITHFIELD, INC.; URGENT MEDICAL | : | |
| CENTER OF CUMBERLAND, INC. and | : | |
| STAT CARE-WARWICK MEDICAL | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' OBJECTION TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS**

Now comes your Plaintiff, Kathleen Parker, in the above-entitled matter and moves for an order of this Court extending the period of time within which the Plaintiff may file her Response to the Defendants' Objection to Report and Recommendation of the United States Magistrate Judge on Defendants' Motion to Dismiss, up to and including August 15, 2008. In support of her Motion, Plaintiff states as follows:

1. On July 11, 2008, the Defendants filed their Objection to the Report and Recommendation of Magistrate Judge David L. Martin, dated June 26, 2008, wherein the Magistrate Judge recommended denial of the Defendants' Motion to Dismiss.

2. Due to the press of other work, Plaintiff's counsel seeks an extension of time, up to and including August 15, 2008 to file Plaintiff's response to the Defendants' Objection to the Report and Recommendation, dated June 26, 2008.

3. Along these lines, Attorney Christine Curley has entered her appearance, on behalf of the Plaintiff, and was responsible for preparing and arguing the Plaintiff's Objection to the Defendants' Motion to Dismiss; which yielded the Report and Recommendation, dated June 26, 2008 that is the subject matter of the Defendants' Objection. However, Attorney Curley is currently on trial in the matter of City of Cranston v. Cranston School Committee in Washington County Superior Court. Said trial is expected to take several weeks.

4. No prejudice will come to the Defendants if the Plaintiff's instant Motion to Extend Time is granted by the Court.

WHEREFORE, Plaintiff seeks an Order of the Court extending the period of time within which the Plaintiff may file her response to the Defendants' Objection to Report and Recommendation of the United States Magistrate Judge on Defendants' Motion to Dismiss, up to and including August 15, 2008.

Plaintiff,
By her Attorney,

__/s/ Thomas A. Tarro, III_____________
Thomas A. Tarro III, Esq. #2046

____/s/Christine M. Curley, Esq.___________
Christine M. Curley, Esq. #4529
THE LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *PLAINTIFFS' MOTION FOR EXTENSION OF TIME* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 22nd day of July 2008:

Robert D. Fine, Esq.
Douglas J. Emanuel, Esq.
Chace, Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

__/s/ Thomas A. Tarro, III_________