UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kathleen Parker
Plaintiff

v. C.A. No. 07-401S

Daniel Halpern-Ruder, M.D., et al.
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on June 27, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/16/08